UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00136-MOC-DSC-3

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **(3) DAVID RUSSELL CRANDELL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Consent Motion to Dismiss to Bill of Indictment against Defendant Crandell—but <u>not</u> against Defendant (1) Parts Cleaning Technologies of North Carolina, Inc.—because Crandell has been sentenced in the related case of 3:18-mj-24. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Consent Motion to Dismiss (#67) is **GRANTED**, and the Bill of Indictment against Defendant Crandell is **DISMISSED**.

Signed: October 10, 2018

Max O. Cogburn Jr
United States District Judge

1